Patrick M. Costello, Esq. (Bar No. 117205)
VECTIS LAW GROUP
PMB# 615, 274 Redwood Shores Pkwy
Redwood City, California 94065
Telephone: (408) 291-5211
Facsimile: (650) 320-1687
E-mail: pcostello@vectislawgroup.com

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re:

Sierra-Saratoga Investments, LLC,

            Debtor.

Case No.: 14-53288

Chapter 11

### APPLICATION TO APPOINT RESPONSIBLE INDIVIDUAL (B.L.R. 4002-1)

1. Sierra-Saratoga Investments, LLC, the debtor in the above-captioned Chapter 11 case ("Debtor") hereby applies to the Court for an order appointing Jeff Wyatt as the natural person responsible for Debtor's duties and obligations in this Chapter 11 case.

2. Jeff Wyatt is the managing member of the Debtor and specifically authorized to act as responsible person of Debtor and his address and telephone number are the following:

        Jeff Wyatt
        14598 Big Basin Way
        Saratoga, CA 95070
        Telephone: (408) 832-6598

3. Mr. Wyatt has agreed to serve as the "responsible person" for Debtor pursuant to B.L.R. 4002-1.

4. WHEREFORE, Sierra-Saratoga Investments, LLC prays that this Court enter its Order appointing Mr. Wyatt as the natural person responsible for duties and obligations of Debtor in this Chapter 11 case.

| | | |
|---|---|---|
| 1 | Dated: August 5, 2014 | VECTIS LAW GROUP |
| 2 | | |
| 3 | | By: /s/ Patrick M. Costello |
| 4 | | Patrick M. Costello, Esq.<br>Attorneys for Debtor |